Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
Kutak Rock LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA  92612-1077
Telephone:   (949) 417-0999
Facsimile:   (949) 417-5394
Email:       jeffrey.gerardo@kutakrock.com
Email:       steven.dailey@kutakrock.com

Attorneys for Defendant
AMERICA'S SERVICING COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JUAN PLASCENCIA, an individual, DOLORES PLASCENCIA, an individual<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY, a business entity unknown, NDEX WEST, LLC, a Texas limited liability company qualified to do business in California, and DOES 1-10, inclusive,<br><br>Defendant. | Case No.  1:08-cv-01309-AWI-SMS<br><br>**ORDER AND STIPULATED EXTENSION OF TIME**<br><br>Complaint Filed: September 4, 2008 |

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel for

2   Plaintiffs and Defendants AMERICA'S SERVICING COMPANY ["ASC"], that

3   the time for filing Defendant's answer to the Complaint shall be extended until and

4   including November 6, 2008, without prejudice to any right, claim, defense or

5   motion of any party.

6       **SO STIPULATED:**

7

8   Dated: October  23, 2008          JV LAW

9

10                                    By:  /s/  John W. Villines

11                                    John W. Villines
                                      Attorneys for Plaintiffs,
12                                    JUAN PLASCENCIA, and
                                      DOLORES PLASCENCIA
13

14  Dated: October 24, 2008           KUTAK ROCK LLP

15

16

17                                    By:  /s/  Steven M. Dailey

18                                    Jeffrey S. Gerardo
                                      Steven M. Dailey
                                      Attorneys for Defendant
19                                    AMERICA'S SERVICING
                                      COMPANY.

20

21  **SO ORDERED:**

22  Date:   10/31/2008              /s/ Sandra M. Snyder

23                                  **HONORABLE SANDRA M. SNYDER**
                                    **UNITED STATES DISTRICT COURT**
24                                  **EASTERN DISTRICT OF**
                                    **CALIFORNIA - FRESNO**
25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com