Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
Kutak Rock LLP
18201 Von Karman Avenue, Suite 1100
Irvine, CA 92612-1077
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: jeffrey.gerardo@kutakrock.com
Email: steven.dailey@kutakrock.com

Attorneys for Defendant
AMERICA'S SERVICING COMPANY



FILED
NOV 19 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JUAN PLASCENCIA, an individual, DOLORES PLASCENCIA, an individual<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY, a business entity unknown, NDEX WEST, LLC, a Texas limited liability company qualified to do business in California, and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 1:08-cv-01309-AWI-SMS<br><br>**ORDER AND STIPULATED EXTENSION OF TIME**<br><br>Complaint Filed: September 4, 2008 |

IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel for Plaintiffs and Defendants AMERICA'S SERVICING COMPANY ["ASC"], that the time for filing Defendant's answer to the Complaint shall be extended until and including November 26, 2008, without prejudice to any right, claim, defense or motion of any party.

The Initial Scheduling Conference has been continued from December 8, 2008 to now be heard on January 12, 2009 at 10:00 a.m. before the Honorable Sandra M. Snyder. The parties will e-file their *joint* report pursuant to Federal Rule of Civil Procedure 26.

**SO STIPULATED:**

Dated: November 11, 2008              JV LAW

                                      By: /s/ *John W. Villines*
                                      John W. Villines
                                      Attorneys for Plaintiffs,
                                      JUAN PLASCENCIA, and
                                      DOLORES PLASCENCIA

Dated: November 6, 2008               KUTAK ROCK LLP

                                      By: /s/ *Steven M. Dailey*
                                      Jeffrey S. Gerardo
                                      Steven M. Dailey
                                      Attorneys for Defendant
                                      AMERICA'S SERVICING
                                      COMPANY.

**SO ORDERED:**

Date: 11/17, 2008

HONORABLE SANDRA M. SNYDER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA - FRESNO