UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JUAN PLASCENCIA, an individual, DOLORES PLASCENCIA, an individual<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S SERVICING COMPANY, a business entity unknown, NDEX WEST, LLC, a Texas limited liability company qualified to do business in California, and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 1:08-cv-01309-AWI-SMS<br><br>**ORDER ON STIPULATION PERMITTING ASC TO FILE A THIRD PARTY COMPLAINT**<br><br>Complaint Filed: September 4, 2008 |

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY ORDERED THAT,** pursuant to the Stipulation filed herewith, Defendant WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A. dba AMERICA'S SERVICING COMPANY is hereby permitted to file a Third Party Complaint by June 12, 2009 without the need to seek leave of court.

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT COURT JUDGE**

**Dated:   4/14/2009        /s/ Sandra M. Snyder**
The Honorable Sandra M. Snyder

Respectfully submitted:

KUTAK ROCK, LLP

By:_____
    Jeffrey S. Gerardo #146508
    Steven M. Dailey #163857
    Matthew C. Sgnilek #235299
    Kutak Rock LLP
    18201 Von Karman Avenue, Suite 1100
    Irvine, CA  92612-1077
    Telephone:  (949) 417-0999
    Facsimile:   (949) 417-5394
    Email:       jeffrey.gerardo@kutakrock.com
    Email:       steven.dailey@kutakrock.com
Attorneys for Defendant,
WELLS FARGO HOME MORTGAGE A DIVISION OF WELLS FARGO BANK, N.A. DBA AMERICA'S SERVICING COMPANY