**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN PLASCENCIA, an individual, DOLORES PLASCENCIA, an individual, ) ) ) ) Plaintiffs, ) ) v. ) ) AMERICA'S SERVICING COMPANY, a business entity unknown, NDEX WEST, LLC, a Texas limited liability company qualified to do business in California, and DOES 1-10, inclusive, ) ) ) ) ) ) ) Defendants. ) ———————————————— ) WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., DBA AMERICA'S SERVICING COMPANY, ) ) ) ) ) Third Party Plaintiff, ) ) v. ) ) WMC MORTGAGE, and ROES 1-20, ) ) Third Party Defendant. ) ———————————————— ) | NO. 1:08-CV-01309-AWI-SMS<br><br>ORDER TO DISMISS LAWSUIT<br><br>[Document # *36*] |

///

///

1  IT IS HEREBY ORDERED THAT, pursuant to the Stipulation filed by the Parties on March 23, 2010, PLAINTIFFS' lawsuit is hereby dismissed with prejudice as is WELLS FARGO'S Third Party Complaint.

IT IS SO ORDERED.

**Dated:   March 23, 2010**          /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE

2